**LAW OFFICES OF RAHUL WANCHOO**

Law Offices of Rahul Wanchoo
357 Westfield Avenue
Ridgewood, New Jersey 07450

Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Telephone: (646) 593-8866
Facsimile: (212) 618-0213
E-Mail: rwanchoo@wanchoolaw.com
Web site: www.wanchoolaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 2 6 2007

March 22, 2008

**SO ORDERED**

*[signature]*
HON. GEORGE B. DANIELS
MAR 2 5 2008

**Via Facsimile (212) 805-6737**
Hon. George B. Daniels
United States District Judge
United States Courthouse
500 Pearl St., Room 630
New York, NY 10007

Re: **Bonyad Shipping Co. v. Ocean View Ship Management Ltd. and Ocean View Shipping LLC, 07-Civ-11361 (GBD)**

Dear Hon. Judge Daniels:

We represent the Plaintiff, Bonyad Shipping Company, in the above referenced lawsuit. As per your Honor's Order dated January 2, 2008 an initial pretrial conference has been scheduled on Tuesday, March 25, 2008 at 9:30 a.m.

On December 18, 2007 your Honor issued an Ex Parte Order for the issuance of a process of maritime attachment and garnishment against the property of the Defendants in an amount of $750,000.00. Plaintiff has served the process of maritime attachment along with the Court's Order on various garnishees. On or about December 31, 2007 Plaintiff restrained Defendant's property at Citibank in the amount of $243,565.79. Defendant was notified of this attachment pursuant to Local Admiralty Rule B.2. However, Defendant has not filed an appearance in this action.

Subsequent to Plaintiff's attachment of Defendant's funds the parties entered into settlement negotiations. As a result of those negotiations the parties are on the verge of settling their disputes and, indeed Plaintiff has recently released the funds under attachment at Citibank to the Defendants. I anticipate that Plaintiff will be filing a notice of dismissal of this action very shortly.

In the circumstances, we respectfully request that the March 25, 2008 conference be adjourned. We very much appreciate the Court's consideration of this request.

Respectfully submitted,

LAW OFFICES OF RAHUL WANCHOO

*Rahul Wanchoo*
Rahul Wanchoo (RW-8725)