UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BONYAD SHIPPING CO.

                          Plaintiff,                    ECF Case **07-CV-11361 (GBD)**

            - against -

                                                **NOTICE OF VOLUNTARY
                                                DISMISSAL WITH ORDER**

OCEAN VIEW SHIP MANAGEMENT LIMITED
and OCEAN VIEW SHIPPING LLC

                         Defendants.
------------------------------------------------------------X

       PLEASE TAKE NOTICE that there being no appearance or answer by Defendants, pursuant to Fed. Civ. P. 41(a), Plaintiff hereby voluntarily dismisses this action, without prejudice, and without costs or disbursements to any of the parties herein.

Dated: New York, New York
          August 6, 2008

                                                    LAW OFFICES OF RAHUL WANCHOO
                                                    Attorneys for Plaintiff

                                                    _/s/ Rahul Wanchoo_
                                                    Rahul Wanchoo (RW-8725)
                                                    Empire State Building
                                                    350 Fifth Avenue, 59th Floor
                                                    New York, New York 10118
                                                    (646) 593-8866

**IT IS SO ORDERED**

_____
HON. JUDGE GEORGE B. DANIELS
United States District Judge